UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARK J. SONNENBLICK and
CHARLES H. SONNENBLICK,

                              Petitioners,                              24 **CIVIL** 9251 (AKH)

            -against-                                              **JUDGMENT**

CADARET, GRANT & CO., INC.,

                              Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 16, 2025, Petitioners' petition to vacate the arbitration award is denied. For the same reasons, Respondent's motion to confirm the arbitration award is granted.; accordingly, the case is closed.

**Dated**: New York, New York
         May 19, 2025

                                                                                  **TAMMI M. HELLWIG**
                                                                                   **Clerk of Court**

                                                 **BY:**
                                                                                 **Deputy Clerk**